JOSEPH W. TORREY *versus* ASA MADISON.

JOURNAL ENTRIES (1836): *Journal 5:* (1) Motion for rule to plead *p. 127; (2) motion for default judgment *p. 137.
PAPERS IN FILE: (1) Precipe for writ of right; (2) writ of right and return; (3) notice of suit, etc.; proof of service; (4) declaration; (5) motion for rule to plead; (6) motion for judgment; (7) form of judgment; (8) plea; (9) replication.
*1824–36 Calendar*, MS p. 252 [b].

FRANCIS PANTAR AND CHRISTOPHER WOLF, EXECUTORS, ETC., OF HENRY A. PANTAR, DECEASED, JACOB M. HOWARD, FRANKLIN SAWYER, JR., HENRY HOWARD, AND RALPH WADHAMS *versus* HORATIO N. HOWARD.

JOURNAL ENTRIES (1836): *Journal 5:* (1) Motion for rule to return subpoena *p. 127; (2) rule to plead, answer, or demur *p. 132.
PAPERS IN FILE: [None]
*Chancery Case* .... of ....

JAMES NOWLAND *versus* JOHN THOMAS AND JOSIAH BECKLY (JOSIAH R. DORR AND DE-GARMO JONES).

JOURNAL ENTRIES (1836): *Journal 5:* (1) Motion to dissolve injunction and for security *p. 129; (2) exceptions to answers referred to master *p. 131; (3) injunction dissolved, bill dismissed *p. 135.
PAPERS IN FILE: (1) Bill of complaint, order for injunction; (2) writ of injunction and return; (3) writ of subpoena and return; (4) supplemental bill against Josiah R. Dorr and DeGarmo Jones, order for injunction; (5) writ of injunction and return; (6–7) affidavit and motion for security; (8) answer of John Thomas; (9) answer of Josiah Beckly; (10–11) exceptions to answers; (12) report of master on exceptions; (13) motion to dissolve injunction; (14) draft of order dissolving injunction; (15) discontinuance.
*Chancery Case* 230 of 1836.

IN THE MATTER OF THE ESTATE OF ORVIN BALLARD, DECEASED (MILES CLARK, PETITIONER).

JOURNAL ENTRIES (1836): *Journal 5:* (1) Rule for publication of notice *p. 129; (2) license to convey *p. 144.
PAPERS IN FILE: (1) Petition; (2) draft of rule for publication of notice; (3) receipt for deed, etc.—Ballard to Clark.

CAROLINE RILEY *versus* JOSEPH RILEY.

JOURNAL ENTRIES (1836): *Journal 5:* (1) Time fixed for hearing, notice ordered served or published *p. 129.
PAPERS IN FILE: [None]